UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GERALD TOLIVER | CIVIL ACTION NO. 23-1498 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BROOKSHIRE GROCERY CO D/B/A SUPER 1 FOODS | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 15) filed by Defendant Brookshire Grocery Co d/b/a Super 1 Foods be and is hereby **GRANTED**. All of Plaintiff Gerald Toliver's claims be and are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 29th day of October, 2024.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT